# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jackie Emmitt Moorehead ,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        1:10-cv-00131

Alvin W. Keller, Jr. ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

Signed: February 29, 2012

Frank G. Johns, Clerk
United States District Court